IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


PHILLIP GORDON DOSSKEY,                    No. 3:13-cv-02185-SU

            Petitioner,                ORDER

    v.

MARION FEATHER, Warden,

            Respondent.


Phillip Gordon Dosskey
41690-086
FCI SHERIDAN
P.O. Box 5000
Sheridan, OR 97378

    Pro Se Plaintiff

Natalie K. Wight
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

    Attorney for Defendant


1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation [18] on May 13, 2014, in which she recommends that the Court deny Petitioner's petition for writ of habeas corpus [2]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [18]. Accordingly, Petitioner's petition for writ of habeas corpus [2] is denied with prejudice.

IT IS SO ORDERED.

DATED this 17 day of June, 2014.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER